11764255

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2025 MAY 23 A 9: 34

United States of America
v.
**ANTOINE KASSIS**
a/k/a "Toni," "Tony," "Anthony Cassis," "wadad"

Defendant

Case No. 1:25-cr-51

UNDER SEAL

2025 MAR 06 17:04
UNITED STATES MARSHAL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANTOINE KASSIS a/k/a Toni, Tony, Anthony Cassis, Wadad
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Narco-Terrorism Conspiracy, in violation of 21 U.S.C. § 960a; and
Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization,
in violation of 18 U.S.C. § 2339B.

Date:   03/05/2025

*Issuing officer's signature*

City and state:   Alexandria, Virginia

J. Lanham, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 03-05-2025, and the person was arrested on *(date)* 05-23-2025
at *(city and state)* DULLES, VA

Date: 05-23-2025

*Arresting officer's signature*

SA MELISSA SCHNEIDER
*Printed name and title*