**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WISAM NAGIB KHERFAN-OKDE, et al,<br><br>Defendants. | 1:25-CR-51<br><br>Hon. Michael S. Nachmanoff<br><br>Trial: March 13, 2026 |

## DEFENDANT'S POTENTIAL TRIAL EXHIBIT LIST

Defendant, Antoine Kassis, by and through counsel, submits this Exhibit List. This list contains those exhibits that defendant anticipates potentially offering into evidence at trial. Mr. Kassis reserves the right to supplement this list and/or to use additional exhibits as may become necessary based on trial evidence.

| DE # | Description | Offered | Admitted |
|---|---|---|---|
| A | Clip of 9/18/24 Recording at DE-B (9:35 – 10:42 of DE-B) | | |
| B | Portion of 9/18/24 Recording at US-2574 (32994b4d3l74dO2dl4O6c 3859182240538b22e5ca _2024_09_18_TI3_46_48) | | |
| C | Signal Chat, CS-1, Device 3 (US-2610) | | |
| D | Signal Chat, CS-1, Device 4 (US-2610) | | |
| E | Signal Chat, CS-5 (US-2610) | | |
| F-1 | WhatsApp Voice Messages DE F-1_PTT-20241212-WA0001 | | |
| F-2 | DE F-2_ PTT-20241212-WA0006 | | |
| F-3 | DE F-3_PTT-20241212-WA0007 | | |

| | | | |
|---|---|---|---|
| F-4 | DE F-4_ PTT-20241212-WA0011 | | |
| F-5 | DE F-5_PTT-20241212-WA0015 | | |
| F-6 | DE F-6_ PTT-20241212-WA0021 | | |
| F-7 | DE F-7_ PTT-20241212-WA0026 | | |
| F-8 | DE F-8_ PTT-20241212-WA0030 | | |
| F-9 | DE F-9_PTT-20241212-WA0031 | | |
| F-10 | DE F-10_PTT-20241212-WA0035 | | |
| F-11 | DE F-10_PTT-20241212-WA0035 | | |
| F-12 | DE F-12_PTT-20241213-WA0005 | | |
| F-13 | DE F-13_ PTT-20241213-WA0007 | | |
| F-14 | DE F-14_PTT-20241213-WA0009 | | |
| F-15 | DE F-15_PTT-20241213-WA0018 | | |
| F-16 | DE F-16_PTT-20241213-WA0019 | | |
| F-17 | DE F-17_PTT-20241213-WA0021 | | |
| F-18 | DE F-18_PTT-20241213-WA0022 | | |
| F-19 | DE F-19_PTT-20241213-WA0026 | | |
| F-20 | DE F-20_PTT-20241213-WA0027 | | |
| F-21 | DE F-21_PTT-20241213-WA0030 | | |
| F-22 | DE F-22_PTT-20241213-WA0031 | | |
| F-23 | DE F-23_PTT-20241213-WA0032 | | |
| F-24 | DE F-24_PTT-20241213-WA0043 | | |
| F-25 | DE F-25_PTT-20241214-WA0001 | | |

| F-26 | DE F-26_PTT-20241214-WA0002 | | |
|------|------------------------------|--|--|
| F-27 | DE F-27_PTT-20241214-WA0003 | | |
| F-28 | DE F-28_PTT-20241214-WA0004 | | |
| F-29 | DE F-29_PTT-20241215-WA0004 | | |
| G | Device 3 Whatsapp Conversation | | |

Respectfully submitted,

**ANTOINE KASSIS**
by counsel:

Geremy C. Kamens
Federal Public Defender for the
Eastern District of Virginia


by: */s/ Ann Mason Rigby*
Ann Mason Rigby
VA Bar No. 92996
Assistant Federal Public Defenders
1650 King Street, Suite 500
Alexandria, Virginia 22314
Phone: (703) 600-0800
Email: ann_rigby@fd.org

Nathaniel Wenstrup,
Va Bar Number 96324
Assistant Federal Public Defender
Eastern District of Virginia
1650 King Street, Ste. 500
Alexandria, Virginia, 22314
Phone: (703) 600-0825
Email: nate_wenstrup@fd.org