IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.

ANTOINE KASSIS,

*Defendant*.

Criminal No. 1:25-CR-51-3

The Honorable Michael S. Nachmanoff

Trial Date: March 13, 2026

## GOVERNMENT'S AMENDED TRIAL EXHIBIT LIST

The United States of America, by and through its attorneys, Todd W. Blanche, Deputy Attorney General; Anthony Aminoff and Kristin Starr, Assistant United States Attorneys, submits its amended trial exhibit list:

| EXH. # | DESCRIPTION WITH BATES RANGE | Offered? | Admitted? |
|---|---|---|---|
| | **CAROLINE ROSE** | | |
| 1-1 | Curriculum Vitae of Caroline Rose | | |
| 1-2 | Maps | | |
| | **CRAIG MICHELIN** | | |
| 2-1 | Curriculum Vitae of Craig Michelin | | |
| | **CHS-1** | | |
| 3-1 | N-12 Meeting Recording (US-2554) | | |
| 3-2 | Clip 1 (from N-12-ccr-0001) | | |
| 3-2A | Translated Transcript of 3-2 | | |
| 3-3 | Clip 2 (from N-12 CCR_0001) | | |
| 3-3A | Translated Transcript of 3-3 | | |
| 3-4 | Clip 3 (from N-12-ccr-0002) | | |
| 3-4A | Translated Transcript of 3-4 | | |
| 3-5 | Clip 4 (from N-12-CCR-0003) | | |

| EXH. # | DESCRIPTION WITH BATES RANGE | Offered? | Admitted? |
|---|---|---|---|
| 3-5A | Translated Transcript of 3-5 | | |
| 3-6 | Clip 5 (from N-12-CCR-0003) | | |
| 3-6A | Translated Transcript of 3-6 | | |
| 3-7 | Clip 6 (from N-12-CCR-0004) | | |
| 3-7A | Translated Transcript of 3-5 | | |
| 3-8 | Clip 7 (from N-12-CCR-0005 | | |
| 3-8A | Translated Transcript of 3-8 | | |
| 3-9 | Photograph (US-2374) | | |
| 3-10 | N-13 Call 1 (US-2555) | | |
| 3-10A | Translated Transcript of N-13 Call 1 | | |
| 3-11 | Signal Messages from 1/31/2023 and 2/1/2024 (US-2610 CS1-device1) | | |
| 3-11A | Voice Note tfHefZ6gL_5bqYSOpsDX | | |
| 3-11B | Image ktUb8DYlb0r4USCjUcN7 sent on 2/1/2023 at 4:26:56 PM | | |
| 3-11C | Translated Signal Messages | | |
| 3-12 | Signal Messages from 2/1/2025 (US-2610 CS1-device1) | | |
| 3-12A | Image iv2Nyu2-w63Q_F3v-GjD sent on 2/1/2023 at 5:58:55 | | |
| 3-12B | Image X_SjXpcBs5Tbhk-Zs_cI sent on 2/1/23 at 5:59:12 | | |
| 3-12C | Image Agb3rakYxr_T5Zu0QWUO sent on 2/1/2023 at 6:00:09 | | |
| 3-12D | Translated Signal Messages | | |
| 3-13 | Signal Messages from 2/1/2025 (US-2610 CS1-device1) | | |
| 3-13A | Translated Signal messages | | |
| 3-14 | N-13 2023-02-07 Call 5 (US-2555) | | |
| 3-14A | Translated Transcript | | |
| 3-15 | N-13 2023-02-08 Call 8 (US-2555) | | |

| Exh. # | Description With Bates Range | Offered? | Admitted? |
|---|---|---|---|
| 3-15A | Translated Transcript | | |
| 3-16 | Signal Messages from 2/7/2023 (US-2610 CS1-device 1) | | |
| 3-16A | Image VPJnKcElsMvf8Ame4NrV sent on 2/8/2023 at 12:30:18 AM | | |
| 3-16B | Image Le5flR7jg_oWJ3QuxYhO sent on 2/8/2023 at 3:39:27PM | | |
| 3-16C | Image ECQxRpB15yFEz2TlrJDV sent on 2/8/2023 at 4:06:14 PM | | |
| 3-16D | Image GT2V-AwiF82166U3N31s sent on 2/8/2023 at 4:25:12 PM | | |
| 3-16E | Image we4DkKnvz84bZ8K7MHPq sent on 2/8/2023 at 4:29:45 PM | | |
| 3-16F | Translated Signal Messages | | |
| 3-17 | Signal Message from 2/8/2023 at 7:50:06 PM (US-2610 CS1-device 1) | | |
| 3-17A | Image WKFpay6krqCRtPXCe0Tl | | |
| 3-18 | Signal Messages from 2/21/2023 (US-2610 CS1-device 1) | | |
| 3-18A | Translated Signal Messages | | |
| 3-19 | Signal Messages from 3/21/2023 (US-2610 CS1-device 1) | | |
| 3-19A | Image BitpCTSVguaohbQ1eOOE send on 3/21/2023 at 6:56:00 PM | | |
| 3-19B | Translation of Signal Messages | | |
| 3-20 | Signal Messages from 3/23/2023 (US-2610 CS1-device 1) | | |
| 3-20A | Translated Signal Messages | | |
| 3-21 | Signal Messages from 3/25/2023 (US-2610 CS1-device 1) | | |
| 3-21A | Translated Signal Messages | | |
| 3-22 | Signal Messages from 3/28/2023 (US-2610 CS1-device 1) | | |

| EXH. # | DESCRIPTION WITH BATES RANGE | Offered? | Admitted? |
|---|---|---|---|
| 3-22A | Translated Signal messages | | |
| 3-23 | Signal Messages from 3/24/2023 (US-2610 CS1-device 1) | | |
| 3-23A | Translated Signal Messages | | |
| 3-24 | N-26 4-18 Meeting Recording (US-2566) | | |
| 3-25 | N-26 4-18 Clip 1 | | |
| 3-25A | Translated Transcript of N-26 Clip 1 | | |
| 3-26 | N-26 4-18 Clip 2 | | |
| 3-26A | Translated Transcript of N-26 Clip 2 | | |
| 3-27 | N-26 4-18 Clip 3 | | |
| 3-27A | Translated Transcript of N-26 Clip 3 | | |
| 3-28 | N-26 4-18 Clip 4 | | |
| 3-28A | Translated Transcript of N-26 Clip 4 | | |
| 3-29 | N-26 4-18 Clip 5 | | |
| 3-29A | Translated Transcript of N-26 Clip 5 | | |
| 3-30 | N-26 4-18 Clip 6 | | |
| 3-30A | Translated Transcript of Clip 6 | | |
| 3-31 | N-26 4-18 Clip 7 | | |
| 3-31A | Translated Transcript of Clip 7 | | |
| 3-32 | N-26 4-18 Clip 8 | | |
| 3-32A | Translated Transcript of Clip 8 | | |
| 3-33 | N-26 4-18 Clip 9 | | |
| 3-33A | Translated Transcript of Clip 9 | | |
| 3-34 | N-26 4-19 Meeting | | |
| 3-35 | N-26 4-19 Clip 1 | | |
| 3-35A | Translated Transcript of Clip 1 | | |
| 3-36 | N-26 4-19 Clip 2 | | |
| 3-36A | Translated Transcript of Clip 2 | | |
| 3-37 | N-26 4-19 Clip 3 | | |

| Exh. # | Description With Bates Range | Offered? | Admitted? |
|---|---|---|---|
| 3-37A | Translated Transcript of Clip 3 | | |
| 3-38 | N-26 4-19 Clip 4 | | |
| 3-38A | Translated Transcript of Clip 4 | | |
| 3-39 | N-26 4-19 Clip 5 | | |
| 3-39A | Translated Transcript of Clip 5 | | |
| 3-40 | Photograph (US-2373) | | |
| 3-41 | Signal Messages beginning on 5/15/2024 (US-2610, CS1-Device3) | | |
| 3-41A | Image sent on 5/15/2024 at 7:08:13 PM: N78Xb8mQjgwD7muFxJ_Q | | |
| 3-41B | Translated Signal Messages | | |
| 3-42 | Signal Messages from 5/16/2024 (US-2610, CS1-Device3) | | |
| 3-42A | Image sent on 5/16/2024 at 5:56:28PM: PbZRa-L_-1CirOAwBg4c | | |
| 3-42B | Image sent on 5/16/2024 at 9:22:01PM: r4FO5xWBi8TXXIy-ldZ6 | | |
| 3-42C | Translated Signal Messages | | |
| 3-43 | Signal Messages from 5/17/2024 (US-2610, CS1-Device3) | | |
| 3-43A | Translated Signal Messages | | |
| 3-44 | Signal Messages from 5/19/2024 (US-2610, CS1-Device3) | | |
| 3-44A | Translated Signal Messages | | |
| 3-45 | Signal messages from 5/21/2024 (US-2610, CS1-Device3) | | |
| 3-45A | Translated Signal Messages | | |
| 3-46 | Signal Messages from 5/22/2024 (US-2610, CS1-Device3) | | |
| 3-46A | Image sent on 5/22/24 at 5:43:54: P98jy5rwhTk968I5_TbM | | |

| Exh. # | Description With Bates Range | Offered? | Admitted? |
|--------|------------------------------|----------|-----------|
| 3-46B | Image sent on 5/22/2924 at 5:33:48: yniCoYmyAJg4Yi2h6sa1 | | |
| 3-47 | Signal Messages from 7/23/2024 (US-2610, CS1-Device3) | | |
| 3-47A | Translated Signal Messages | | |
| 3-48 | Signal Messages from 8/5/2024 (US-2610, CS1-Device3) | | |
| 3-48A | Image sent on 8/5/2024 at 2:55:09 PM: dxmlMMqjXIU1435PPE5W | | |
| 3-48B | Translated Signal Messages | | |
| 3-49 | Signal Messages from 8/6/2024 (US-2610, CS1-Device3) | | |
| 3-49A | Image sent on 8/6/2024 at 4:33:25 PM: SBVTt2EwaIYcw0zIqDgJ | | |
| 3-49B | Image sent on 8/6/2024 at 6:34:12 PM and 6:43:39 PM: v_T37TNHEiNnIpxSP4iS | | |
| 3-49C | Translated Signal Messages | | |
| 3-50 | Signal Messages from 9/3/2024 (US-2610, CS1-Device3) | | |
| 3-50A | Translated Signal Messages | | |
| 3-51 | Signal Messages from 9/4/2024 (US-2610, CS1-Device3) | | |
| 3-51A | Image sent on 9/4/2024 at 1:35:42 PM: 62UWKLg_nBBTgRWIAhE0 | | |
| 3-51B | Translated Signal Messages | | |
| 3-52 | N-40 Meeting Recording (US-2574) | | |
| 3-53 | Clip 1 File 1 N-40 | | |
| 3-53A | Transcript of Clip 1 File 1 N-40 | | |
| 3-54 | Clip 2 File 2 N-40 | | |
| 3-54A | Transcript of Clip 2 File 2 N-40 | | |
| 3-55 | Clip 3 file 2 from N-40 | | |
| 3-55A | Transcript of Clip 3 file 2 from N-40 | | |

| Exh. # | Description With Bates Range | Offered? | Admitted? |
|---|---|---|---|
| 3-56 | Clip 4 file 4 from N-40 | | |
| 3-56A | Transcript of Clip 4 file 4 from N-40 | | |
| 3-57 | Clip 5 file 4 from N-40 | | |
| 3-57A | Transcript of Clip 5 file 4 from N-40 | | |
| 3-58 | Clip 6 file 4 from N-40 | | |
| 3-58A | Transcript of Clip 6 file 4 from N-40 | | |
| 3-59 | Clip 7 file 5 from N-40 | | |
| 3-59A | Transcript of Clip 7 file 5 from N-40 | | |
| 3-60 | Clip 8 file 5 from N-40 | | |
| 3-60A | Transcript of Clip 8 file 5 from N-40 | | |
| 3-61 | Clip 9 file 5 from N-40 | | |
| 3-61A | Transcript of Clip 9 file 5 | | |
| 3-62 | Clip 10 file 6 from N-40 | | |
| 3-62A | Transcript of Clip 10 file 6 | | |
| 3-63 | Clip 11 file 7 from N-40 | | |
| 3-63A | Transcript of Clip 11 file 7 | | |
| 3-64 | Clip 12 file 8 from N-40 | | |
| 3-64A | Transcript of Clip 12 file 8 | | |
| 3-65 | Clip 13 file 9 from N-40 | | |
| 3-65A | Transcript of Clip 13 file 9 | | |
| 3-66 | Signal Messages from 10/4/2024 (US-2610, CS1-Dev4) | | |
| 3-67 | Signal Messages from 10/15/2024 (US-2610, CS1-Dev4) | | |
| 3-67A | Image sent on 10/15/2024 at 5:06:24 PM: _3QNpjPOFUflazmz73_z | | |
| 3-67B | Translated Signal Messages | | |
| 3-68 | Signal Messages from 10/29/2024 (US-2610, CS1-Dev4) | | |

| Exh. # | Description With Bates Range | Offered? | Admitted? |
|---|---|---|---|
| 3-69 | Signal Messages from 10/29/2024 (US-2610, CS1-Dev4) | | |
| 3-69A | Image sent on 10/29/2024 at 10:17:05 PM: DMr5pSf4CBmQSD7tx8Dx | | |
| 3-70 | Signal Messages from 11/4/2024 (US-2610, CS1-Dev4) | | |
| 3-70A | Translated Signal Messages | | |
| 3-71 | Signal Messages from 11/7/2024 (US-2610, CS1-Dev4) | | |
| 3-71A | Image sent at 3:59:03 PM: _yCKLGDqxUF03x2iSL74 | | |
| 3-72 | Signal Messages from 11/7/2024 (US-2610, CS1-Dev4) | | |
| 3-73 | Signal Messages from 11/14/2024 (US-2610, CS1-Dev4) | | |
| 3-73A | Image sent on 11/14/2024 at 7:58:06 PM: 6EdE1WBKkvSt6tWb17jU | | |
| 3-73B | Image sent on 11/14/2024 at 8:36:00 PM: V0Qo3moF9vb6TUewENcL | | |
| 3-73C | Translated Signal Messages | | |
| 3-74 | Signal Messages from 11/15/2024 (US-2610, CS1-Dev4) | | |
| 3-74A | Image sent on 11/15/2024 at 6:01:40 PM: htdC99teywOlLj9m86uV | | |
| 3-74B | Translated Signal Messages | | |
| 3-75 | Signal Messages from 11/19/2024 (US-2610, CS1-Dev4) | | |
| 3-75A | Image sent on 11/19/2024 at 5:29:40 PM: 2mIEg-aA2zv1Cl2JyLKT | | |
| 3-75B | Translated Signal Messages | | |
| 3-76 | Signal Messages from 11/20/2024 (US-2610, CS1-Dev4) | | |

| Exh. # | Description With Bates Range | Offered? | Admitted? |
|---|---|---|---|
| 3-76A | Image sent on 11/20/2024 at 12:44:37 PM: JNrrSKpreFXg5-sF6YEU | | |
| 3-76B | Translated Signal Messages from 11/20/2024 | | |
| 3-77 | Signal Messages from 12/3/2024 (US-2610, CS1-Dev4) | | |
| 3-77A-L | Attachments/Images sent: A: uiTWIhWl7nKctIR-1nbM B: 5IfV5L71T0RxubGtj9Db C: XTVKJUj9Mb84w9cUQo3y D: 2wQTlaj0or9FWRbJQcnS E: 5tF-tqdvN8cDj0U8WboI F: 0RA9HdAgpDmjO-aEmjB5 G: WMFRKpTLOj_jdk6xE28X H: _n-Q50UaLeszla1dJCOb I: xG9wx0WlWnoHX5lKdgeO J: P5c6ckI_GL1c04u9n4MF K: 4mawURBXL1XGAPUwnwXf L: OQXqa1zumpHdI7qmTg6D | | |
| 3-78 | Signal Messages from 12/7/2024 (US-2610, CS1-Dev4) | | |

| Exh. # | Description With Bates Range | Offered? | Admitted? |
|---|---|---|---|
| 3-78A-S | Attachments/Images sent:<br>A: GHS99nR6HLU5TS-vRUC5<br>B: CONN4t1t0cRoriRC4RT_<br>C: UN7YgDkNc4ytbDfop-ES<br>D: -4vYVmRxW9sjgNRT8gE_<br>E: iw5rpgNSGJvXS2WpgHHr<br>F: DfL2iICfR1RJHOXrwr-s<br>G: 5XHVPLdqMdpy2MieP-Iv<br>H: 0Epoo_-JibEGUe9dHUkt<br>I: fkzN7cvSKWbNALkw9Teq<br>J: PgwgzuTg8kWxb9Mixyul<br>K: Uj-cv3Buj6fH7RN2d8aU<br>L: CgQUmHwaafhSvnTn58h5<br>M: y1I73p3nRS61fB202PHn<br>N: 015ci_wp2aG7tQiXZ2Ln<br>O: 6QSojoZfaxQP8C69BM5w<br>P: Y8HxEeH1r4jbo5esFGxW<br>Q: iOGURPR4P-gcfS7qtCZn<br>R: QXzbarp10HTcHuEkkEXn<br>S: MJ-sUQfHKgfKGxEbfnB9 | | |
| 3-79 | N-46_2024-12-07 call1_Tony1 (US-2578) | | |
| 3-79A | Partial Transcript | | |
| 3-80 | N-46_2024-12-19 call3_Tony (US-2578) | | |
| 3-80A | Partial Transcript | | |
| 3-81 | Signal Messages sent on 12/19/2024 (US-2610, CS1-Dev4) | | |
| 3-81A-C | Attachments/Images sent:<br>A: Fy3CB1EJtFTnYxNbBDJ9<br>B: qc9PnwxV1iC9FFsFFMAW<br>C: xWbR8-Lnkkald6AtMuAv | | |
| 3-81D | Transcript of 3-81C | | |
| 3-82 | Signal Messages beginning on 12/24/2024 (US-2610, CS1-Dev4) | | |

| EXH. # | DESCRIPTION WITH BATES RANGE | Offered? | Admitted? |
|---|---|---|---|
| 3-82A | Translated Signal Messages | | |
| 3-83 | Signal Messages from 12/27/2024 (US-2610, CS1-Dev4) | | |
| 3-83A-Q | Attachments/Images sent:<br>A: gJiBpJsMUn127A7PrtVG<br>B: iAb2yHBckFyxi2vpPn4M<br>C: r72zvYslQPPpRoF7puRh<br>D: QVQ6RBz3uzj4LGi133PN<br>E: jPM_ufzKY1k0Rc4c_aui<br>F: yFRlfsso_evjKwGpLcKP<br>G: fkmoy0J1bjB4OPAzs9np<br>H: EseEyuzvWqYVCuvER6Sg<br>I: b9jUvFPKxQrSeavW8Y6C<br>J: bmfugPdNAVQ0okLQqaBG<br>K: eOppy7uWD81qzDxPJrEm<br>L: ricwjVB_BY26daC42kfv<br>M: kGz9C0wJbLpDfEduFwqv<br>N: 3dGrpfjpfpDQOjTrBwy0<br>O: bmfugPdNAVQ0okLQqaBG<br>P: b9jUvFPKxQrSeavW8Y6C<br>Q: EseEyuzvWqYVCuvER6Sg | | |
| 3-84 | Signal Messages from 12/28/2024 (US-2610, CS1-Dev4) | | |

| EXH. # | DESCRIPTION WITH BATES RANGE | Offered? | Admitted? |
|---|---|---|---|
| 3-84A-L | Attachments/Images sent:<br>A: w-76HOObG3v2fCFcknY7<br>B: Q3nPleaFM9R8V02qC2KC<br>C: CYLT8UiQ6UOoBdnA2ca4<br>D: IFQl2LIYA1Ds6lJ56dZk<br>E: T4wNEt-8sqjOV7_Pf8-j<br>F: R_udyF53t_eQli3gSZsM<br>G: u3eheokVXRRpgQaqj_uN<br>H: R97ONG9gAR28I2ct42gy<br>I: 9KshZSl7zBKyIEHmCyYy<br>J: 6rqFijhZIDm865oK8Fa1<br>K: cLaeK-aOm_0A9Et5sxh1<br>L: M4TrvGe88N5qWJjto27b | | |
| 3-85 | Signal Messages from December 30, 2024 (US-2610, CS1-Dev4) | | |
| 3-85A | Translated Signal Messages | | |
| 3-86 | Signal Messages from 1/9/2025 (US-2610, CS1-Dev4) | | |
| 3-86A-C | Attachment/Image:<br>A: Tt8XF1r5c0WQwPIJpMf_<br>B: 2E11xYuBq9Kp5HKC4e4o<br>C: _vtvWd8nY8anmzM57UvF | | |
| 3-87 | Signal Message sent on 1/10/2025 (US-2610, CS1-Dev4) | | |
| 3-87A | Attachment/Image:<br>A: kicc9HRTgB4WxYELyA77 | | |
| 3-88 | Signal Messages from 1/16/2025 (US-2610, CS1-Dev4) | | |

| | | | |
|---|---|---|---|
| 3-88A-Z, AA-AR | Attachment/Image:<br><br>A: tu604gYEdK3QG4c2Skmy<br>B: JZIxHXeub5igHQPkz-3x<br>C: 3pwbl-e4300WmBhAFFOo<br>D: tjRszPt-6qGY-R-5rWFT<br>E: naMaU8iECCwToqoyZ-2G<br>F: qXORR8m7SNSyETCf7TbF<br>G: AJNUbDveXBkquBUHPD3<br>H: AKsFjZLNxYhmf_kP8bmy<br>I: rjP0qg218D8c33uIR_b3<br>J: 7fuLJGTZeM-1y_NDvaVm<br>K: ymIMyymHp8kMT7Llch-n<br>L: ysaxgqFjSdcProiz2Dfz<br>M: IuWgu8EOWZLuicoQlQp3<br>N: xXgLBCo5SjekZqcvsplr<br>O: CyeOlINX8sUkdk215Bmg<br>P: 7fNYUMsvW-cMP_ykH2ZS<br>Q: 2-J_C2n-7MUMB5XS3GgQ<br>R: 6uHQzIkVKOdlaA46M-92<br>S: ZddKSJVUEuGoRShkJCMC<br>T: sMc7bA-q8QPcpt5Y19tq<br>U: lUYuLjBGg7Bb6Zy1V6d4<br>V: CJoM4CcS2zXTBgLGXUKC<br>W: _W6z_9WbXXPHnYP8cYof<br>X: jux6eobxycSoq_nu906k<br>Y: pyyj6peJYS34dGDSOqOi<br>Z: CyeOlINX8sUkdk215Bmg<br>AA: UYiqiar1FMmf0gxtPeIG<br>AB: LQ84O_Y-RrTIL1lDzY-F<br>AC: w7ZZBIft4HK0SG0Jhzqz<br>AD: DwMSlMETFrLK4dc7gU—<br>AE: qgYueZ-xhvAFacN1w_9W<br>AF: vpuamxbq9bP7XPQXq7Ve<br>AG: QecicvssP4csJ6g16hiv<br>AH: 8gp65peF1Hptg5Y9ZfCP | | |

13

| Exh. # | DESCRIPTION WITH BATES RANGE | Offered? | Admitted? |
|---|---|---|---|
| | AI: Jf7WLNp-Rz_Z6FsZxMbt<br>AJ: JkEMKTl2nv1SWvoouihE<br>AK: H4jetCEeDtfzsjFKD0TU<br>AL: 9VtijQcMa_gr61xn1ub_<br>AM: 8qAsLyC8Mhqi3fxCsaRq<br>AN: 2-J_C2n-7MUMB5XS3GgQ<br>AO: 77hVtcLKeC62gdu1GvFd<br>AP: AKsFjZLNxYhmf_kP8bmy<br>AQ: ymIMyymHp8kMT7Llch-n<br>AR: LNTQgMLm-HhNKCX98c6Y | | |
| 3-89 | Signal Messages from 1/23/2025 (US-2610, CS1-Dev4) | | |
| 3-89A | Image sent on 1/23/2025 at 1:46:28PM:<br>hPVn1fJBnqgGaEuJwITa | | |
| 3-89B | Translated Signal Messages sent on 1/23/2025 | | |
| 3-90 | N-48_2025-01-28 call 9_5Videocall01282025 (US-2579) | | |
| 3-90A | Translated Transcript of N-48_2025-01-28 call 9_5Videocall01282025 | | |
| 3-91 | Ex N-48_2025-01-28 call10-AK_3TT01282025 (US-2579) | | |
| 3-91A | Transcript of Ex N-48_2025-01-28 call10-AK_3TT01282025 | | |
| 3-92 | Ex N-48_2025-01-30 call26-AK_1TT01302025 (US-2579) | | |
| 3-92A | Transcript of Ex N-48_2025-01-30 call26-AK_1TT01302025 | | |
| 3-93 | N-51 Meeting Recording (US-2581) | | |
| 3-94 | N-51 File 1 Clip 1 | | |
| 3-94A | File 1 Clip 1 Transcript | | |
| 3-95 | N-51 File 1 Clip 2 | | |
| 3-95A | File 1 Clip 2 Transcript | | |
| 3-96 | N-51 File 2 Clip 3 | | |

| EXH. # | DESCRIPTION WITH BATES RANGE | Offered? | Admitted? |
|---|---|---|---|
| 3-96A | File 2 Clip 3 Transcript | | |
| 3-97 | N-51 File 2 Clip 4 | | |
| 3-97A | File 2 Clip 4 Transcript | | |
| 3-98 | N-51 File 4 Clip 5 | | |
| 3-98A | File 4 Clip 5 Transcript | | |
| 3-99 | N-51 File 4 Clip 6 | | |
| 3-99A | Transcripts from N-51 | | |
| 3-100 | Invoices (US-5175, 5176) | | |
| 3-101 | Photos (US-582, 583) | | |
| 3-102 | Signal Messages from January 6, 2025 (US-2610, CS1-Dev4) | | |
| 3-102 A-E | Attachment/Images sent: A: cOgNmoXjS6n_EBnpy6fu B: lbHg1UzHarxK2x2tek2c C: teYZq2s62t0_6B88nCea D: JS_ynF5EDAN_JO-3i1HM E: T_mrhOYkufjKrPO-CEJA | | |
| | **CS-4** | | |
| 4-1 | Recording (US-2568) | | |
| 4-2 | Recording (US-2570) | | |
| 4-3 | Recording (US-2572) | | |
| 4-4 | Recording (US-2576) | | |
| | **CS-5** | | |
| 5-1 | Image from Blackview Phone (US-6165) | | |
| 5-2 | Signal messages from 12/14/2024 (US-2610) (CS-5 Device) | | |
| 5-3 | Signal messages from 12/14/2024 (US-2610) (CS-5 Device) | | |
| 5-3A | Attachment/Image sent on 12/14/2024 at 10:18:00 PM: Tga_XVqmbglzHEzEirH4 | | |

| Exh. # | Description With Bates Range | Offered? | Admitted? |
|---|---|---|---|
| 5-4 | Signal messages from 12/14/2025 (US-2610) (CS-5 Device) | | |
| 5-5 | Signal messages from 2/12/2025 (US-2610) (CS-5 Device) | | |
| 5-5A | Attachment/Image sent on 2/12/2025 at 7:53:48 PM: 9RUaufe477OhUkMQP6mz | | |
| 5-6 | Recording (US-2580) | | |
| 5-6A | English Transcript | | |
| 5-6B | Spanish Translation | | |
| 5-7 | Invoice (US-2526) | | |
| 5-8 | Surveillance Photos (US-580, 581) | | |
| | **Maxime de Taisne** | | |
| 6-1 | Curriculum Vitae of Maxime de Taisne | | |
| | **CS-6** | | |
| 7-1 | Photo (US-5063) | | |
| 7-1A | Additional Photo (US-5062) | | |
| 7-2 | Video (US-5073) | | |
| 7-3 | Audio-2024-03-07 (US-5068) | | |
| 7-3A | Transcript of Audio 2024-03-07 | | |
| 7-4 | Audio-2024-03-08 call2 (US-5070) | | |
| 7-4A | Transcript of Audio 2024-03-08 call2 | | |
| 7-5 | Audio 2024-03-13 (US-5072) | | |
| 7-5A | Transcript of Audio 2024-03-13 | | |
| 7-6 | Photo 2024-03-31_1 (US-5064) | | |
| 7-7 | Photo 2024-03-31_2 (US-5065) | | |
| | **Linguists** | | |
| 8-1 | Resume of Nicolas F. Dagher | | |
| 8-2 | Resume of Henry Alberto Rugeles-Carrillo | | |
| | **DEA SA Melissa Schneider** | | |

| EXH. # | DESCRIPTION WITH BATES RANGE | Offered? | Admitted? |
|---|---|---|---|
| 9-1 | Amerant Bank Records: US-3676-3677 (April 30, 2022); US-3636-3639 (May 31, 2022); US-3650-3651 (June 30, 2022); July 31, 2022 (US-3662-3665); August 31, 2022 (US-3666 – 3669); September 30, 2022 (US 3670-3675); October 31, 2022 (US-3588-3593); November 30, 2022 (US 3594-3601); December 31, 2022 (US-3602 – 3607); January 31, 2023 (US-3578-3587); February 28, 2023 (US-3608-3617); March 31, 2023 (US-3618 – 3627); April 30, 2023 (US-3628-3635); May 31, 2023 (US-3640 – 3649); June 30, 2023 (US-3652-3661); Articles of Incorporation (US-3338-3364); Certificate of Incorporation (US-3365); Certificate of Beneficial Owner & Control (US-3376) | | |
| 9-2 | Amerant Business Records Affidavit | | |
| 9-3 | Summary Chart | | |
| 9-4 | Binance Records, US-625, US-627 | | |
| 9-5 | Binance Business Records Affidavit | | |
| 9-6 | UC Bank Account Records (US-6221-6258) | | |
| 9-7 | BofA Cert for UC Bank Account | | |
| 9-8 | Coinbase Account Records | | |
| 9-9 | Coinbase Business Records Affidavit | | |
| 9-10 | Summary of Kherfan's USDT Transactions (US-6264) | | |
| 9-11 | Email (US-2407) | | |
| 9-12 | Emails (US-2433-2436) | | |
| 9-13 | Exhibit from Blackview Phone (US-6165) | | |
| 9-14 | Exhibit from Blackview Phone (US-6165) | | |
| 9-15 | Exhibit from Blackview Phone (US-6165) | | |
| 9-16 | Exhibit from Blackview Phone (US-6165) | | |
| 9-17 | Exhibit from Blackview Phone (US-6165) | | |

| Exh. # | Description With Bates Range | Offered? | Admitted? |
|---|---|---|---|
| 9-18 | Exhibit from Blackview Phone (US-6165) | | |
| 9-19 | Exhibit from Blackview Phone (US-6165) | | |
| 9-20 | Exhibit from Blackview Phone (US-6165) | | |
| 9-21 | Exhibit from Blackview Phone (US-6165) | | |
| 9-22 | Exhibit from Blackview Phone (US-6165) | | |
| 9-23 | Exhibit from Blackview Phone (US-6165) | | |
| 9-24 | Exhibit from Blackview Phone (US-6165) | | |
| 9-25 | Exhibit from Blackview Phone (US-6165) | | |
| 9-26 | Exhibit from Blackview Phone (US-6165) | | |
| 9-27 | Exhibit from Blackview Phone (US-6165) | | |
| 9-28 | Exhibit from Blackview Phone (US-6165) | | |
| 9-29 | Exhibit from Blackview Phone (US-6165) | | |
| 9-30 | Exhibit from Blackview Phone (US-6165) | | |
| 9-31 | Exhibit from Blackview Phone (US-6165) | | |
| 9-32 | Exhibit from Blackview Phone (US-6165) | | |
| 9-33 | Exhibit from Blackview Phone (US-6165) | | |
| 9-34 | Exhibit from Blackview Phone (US-6165) | | |
| 9-35 | Exhibit from Blackview Phone (US-6165) | | |
| 9-36 | Exhibit from Blackview Phone (US-6165) | | |
| 9-37 | Exhibit from Blackview Phone (US-6165) | | |
| 9-38 | Exhibit from Blackview Phone (US-6165) | | |
| 9-39 | Exhibit from Blackview Phone (US-6165) | | |
| 9-40 | Exhibit from Blackview Phone (US-6165) | | |
| 9-41 | Exhibit from Blackview Phone (US-6165) | | |
| 9-42 | Exhibit from Blackview Phone (US-6165) | | |
| 9-43 | Exhibit from Blackview Phone (US-6165) | | |
| 9-44 | WhatsApp Chat from Blackview Phone (US-6165) | | |
| 9-44A | Video-20241211-WA0011  (US-6165) | | |

18

| Exh. # | Description With Bates Range | Offered? | Admitted? |
|---|---|---|---|
| 9-44B | Voicenotes  (US-6165) | | |
| 9-44C | Translated WhatsApp Chat with 961-70781028 | | |
| 9-45 | WhatsApp Chat from Blackview Phone (US-6165) | | |
| 9-45A | VID-20250114-WA0001  (US-6165) | | |
| 9-45B | VID-20250114-WA0002  (US-6165) | | |
| 9-45C | VID-20240923-WA0003  (US-6165) | | |
| 9-45D | VID-20240929-WA0008  (US-6165) | | |
| 9-45E | Voicenotes (US-6165) | | |
| 9-45F | Translated WhatsApp Chat with 57-3013330635 | | |
| 9-46 | Business Records Certificate (Google d order) (US-2954) | | |
| 9-47 | Google Subscriber Info Account -3168 (US-2981) | | |
| 9-48 | Google Subscriber Info Account -8735 (US-2981) | | |
| 9-49 | Google Business Records Certification (US-2529) | | |
| 9-50 | File from -3168 Google Account (US-2582) | | |
| 9-51 | File from -3168 Google Account (US-2582) | | |
| 9-51A | Translated File from -3168 Google Account | | |
| 9-52 | File from -3168 Google Account  (US-2582) | | |
| 9-53 | File from -3168 Google Account (US-2582) | | |
| 9-54 | File from -3168 Google Account (US-2582) | | |
| 9-55 | File from -8735 Google Account (US-2582) | | |
| 9-56 | File from -8735 Google Account (US-2582) | | |
| 9-57 | File from -8735 Google Account (US-2582) | | |
| 9-58 | File from -8735 Google Account (US-2582) | | |
| 9-59 | File from -8735 Google Account (US-2582) | | |
| 9-60 | File from -8735 Google Account (US-2582) | | |

| EXH. # | DESCRIPTION WITH BATES RANGE | Offered? | Admitted? |
|---|---|---|---|
| 9-61 | File from -8735 Google Account (US-2582) | | |
| 9-62 | File from -8735 Google Account (US-2582) | | |
| 9-63 | File from -8735 Google Account (US-2582) | | |
| 9-64 | File from -8735 Google Account (US-2582) | | |
| 9-65 | File from -8735 Google Account (US-2582) | | |
| 9-66 | File from -8735 Google Account (US-2582) | | |
| 9-67 | File from -8735 Google Account (US-2582) | | |
| 9-68 | File from -8735 Google Account (US-2582) | | |
| 9-69 | File from -8735 Google Account (US-2582) | | |
| 9-70 | File from -8735 Google Account (US-2582) | | |
| 9-71 | File from -8735 Google Account (US-2582) | | |
| 9-72 | File from -8735 Google Account (US-2582) | | |
| 9-73 | File from -8735 Google Account (US-2582) | | |
| 9-74 | File from -8735 Google Account (US-2582) | | |
| 9-75 | File from -8735 Google Account (US-2582) | | |
| 9-76 | File from -8735 Google Account (US-2582) | | |
| 9-77 | File from -8735 Google Account (US-2582) | | |
| 9-78 | File from -8735 Google Account (US-2582) | | |
| 9-79 | File from -8735 Google Account (US-2582) | | |
| 9-80 | File from -8735 Google Account (US-2582) | | |
| 9-81 | Written Note (US-5078) | | |
| 9-82 | Summary Chart of Names | | |

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By:    _____/s/_____
       Anthony T. Aminoff
       Kristin S. Starr
       Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

_____/s/_____
Anthony T. Aminoff
Kristin S. Starr
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: anthony.aminoff@usdoj.gov
Email: kristin.starr@usdoj.gov
