IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

United States of America            )
                                    )
              Government,            )
                                    )
         v.                         )        No. 1:25-CR-51 (MSN)
                                    )
Antoine Kassis                      )
                                    )
              Defendant.            )
                                    )

## TRIAL EXHIBIT CERTIFICATE OF REVIEW

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.

_____
Counsel for Government


_____
Date and Time


_____
Counsel for Defendant


_____
Date and Time

Alexandria, Virginia